## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| MOUNSEF INTERNATIONAL, INC., ) | |
| ) | Case No: 10-17513 |
| Debtor. ) | |
| ) | Judge: Hon. Carol A. Doyle |

**MOTION BY THE STATE COURT APPOINTED RECEIVER AND CUSTODIAN HEREIN, MOGLIA ADVISORS FOR EXAMINATION AND APPROVAL OF ITS FINAL REPORT AND ACCOUNTING; FOR APPROVAL OF COMPENSATION AND EXPENSE REIMBURSEMENT BY THE RECEIVER AND RECEIVER'S COUNSEL; FOR AUTHORITY TO MAKE FINAL DISTRIBUTION AND TURNOVER; AND FOR CONCLUSION OF THE RECEIVERSHIP AND DISCHARGE OF THE CUSTODIAN**

TO:   See Attached Service List

Please take notice that on **June 24, 2010 at 10:00 a.m.**, I shall appear before the Honorable Carol A. Doyle, or any other judge sitting in her stead in Courtroom 742 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, IL 60604, and shall then and there present the attached **Motion by the State Court Appointed Receiver and Custodian for Examination and Approval of its Final Report and Accounting; For Approval of Compensation and Expense Reimbursement by the Receiver and Receiver's Counsel; For Authority to Make Final Distribution and Turnover; and for Conclusion of the Receivership and Discharge of the Custodioan**, a copy of which is available for viewing via the Bankruptcy Clerk's office or online via the Bankruptcy Court's Pacer System.

                                                                                /s/ Thomas E. Springer
                                                                                Thomas E. Springer

Thomas E. Springer
Attorney for the Receiver, Moglia Advisors
SPRINGER BROWN COVEY GAERTNER & DAVIS, LLC
Wheaton Executive Center
400 South County Farm Road
Suite 330
Wheaton, Illinois 60103
630 510 0000
tspringer@springerbrown.com

### Certificate of Service

I, Thomas E. Springer, an attorney, certify that I caused a copy of the foregoing Notice and Proposed Order to be served on the parties listed on the attached service list by either first class mail by depositing same with the United States Postal Service, Wheaton, Illinois, postage prepaid or by email via CM/ECF where indicated prior to 5:00 P.M., this June 14, 2010.

                                                    /s/ Thomas E. Springer /s/

| | | |
|---|---|---|
| ADT Security Services, Inc.<br>14200 East Exposition Avenue<br>Aurora, CO 80012-2540 | American Express<br>P O Box 981535<br>El Paso, TX 79998-1535 | Anderson Pest Control<br>501 West Lake Street<br>Suite 204<br>Elmhurst, IL 60126-1103 |
| Anthony Pinelli<br>53 W. Jackson Blvd<br>Suite 1460<br>Chicago, IL 60604 | Bay State Milling Company<br>100 Congress St 2nd<br>Quincy, MA 02169-0948 | Bearing Headquarters Co<br>The Service First Company<br>P.O. Box 6267<br>Broadview, IL 60155-6267 |
| Bechar Srour<br>715 Astor Lane<br>#201<br>Wheeling, IL 60090 | Central Baking Supplies, Inc.<br>1500 South Western Avenue<br>Chicago, IL 60608 | CIT Technology Financial Services Inc<br>10201 Centurion Parkway North<br>Suite 100<br>Jacksonville, FL 32256 |
| Culligan<br>P O Box 5277<br>Carol Stream, IL 60197-5277 | Edie Mounsef<br>801 Pinto Lane<br>Northbrook, IL 60062 | First Bank & Trust<br>820 Church Street<br>Evanston, IL 60201 |
| George Mounsef<br>801 Pinto Lane<br>Northbrook, IL 60062 | Grainger<br>Dept. 801742107<br>Palatine, IL 60038-0001 | Gregory K. Stern, P.C.<br>53 West Jackson Blvd.<br>Suite 1442<br>Chicago, IL 60604<br>(via electronic service) |
| Habash Trading Inc.<br>6801 West 66th place<br>Chicago, IL 60638 | HONORABLE DOROTHY KIRIE KINNAIRD<br>50 W. Washington Street, Sutie 2403<br>Richard J. Daley Center<br>Chicago, IL 60602 | Ice Mountain Spring Water Co<br>6661 Dixie Highway Ste 4 #216<br>Louisville, KY 40258 |
| Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA 19114-0326 | International Golden Foods, Inc.<br>819 Industrial Drive<br>Bensenville, IL 60106 |
| Intuit<br>2632 Marine Way<br>Mountain View, CA 94043 | JOEL A. SCHECHTER<br>53 W. Jackson Blvd.<br>Suite 1025<br>Chicago, IL 60604<br>(via electronic service) | Karabetian Imports & Distribution, Inc.<br>2450 Crystal Street<br>Los Angeles, CA 90039 |
| Krinos Foods, Inc.<br>47-00 Northern Boulevard<br>Long Island City, NY 11101 | L&G Imports, Inc.<br>P.O. Box 08288<br>Chicago, IL 60608 | LOFTOUS & SALTZBERG<br>53 W. Jackson Blvd, #1142<br>Chciago, IL 60604 |
| Lowe's<br>PO Box 981064<br>El Paso, TX 79998-1064 | MICHAEL FIORENTINO<br>120 North LaSalle<br>Suite 1420<br>Chicago, IL 60602 | Moglia Advisors<br>1325 Remington Rd., Ste. H<br>Schaumburg, IL 60173<br>(via electronically service) |

| | | |
|---|---|---|
| Mounsef International, Inc.<br>4738 North Kedzie Avenue<br>Chicago, IL 60625 | Pierre Mounsef<br>c/o Loftus & Saltzberg<br>53 W. Jackson Blvd, Ste. 1142<br>Chicago, IL 60604 | Raymond Mounsef<br>5436 West Kimball<br>Chicago, IL 60625 |
| SBD Risk Management<br>6884 Sierra Center Parkway<br>Reno, NV 89511 | Seven Star Trading, Inc.<br>8115 North Monticello Avenue<br>Skokie, IL 60076 | Speedimpex<br>925 Tonne Road<br>Elk Grove Village, IL 60007 |
| State of Illinois<br>Dept of Employment Security<br>33 S State ST<br>Chicago, IL 60603 | STEVEN J. WEINBERG<br>Weinberg & Rizzi<br>53 W. Jackson Blvd., Ste. 1460<br>Chicago, IL 60604 | Sweiss & Assoc Ltd<br>8520 S Cicero Ave<br>Burbank, IL 60459 |
| Therese Mounsef<br>801 Pinto Lane<br>Northbrook, IL 60062 | U.B.C. Distributors<br>12812 Prospect Street<br>Dearborn, MI 48126 | UPS<br>P.O. Box 25084<br>Lehigh Valley, PA 18002 |
| US Dept of the Treasury-FMS<br>Debt Management Services<br>P O Box 70950<br>Charlotte, NC 28272-0950 | William T Neary, U.S. Trustee<br>219 S Dearborn St., Room 873<br>Chicago, IL 60604<br>(via electronic service) | Zennah Inc<br>3665 West Lunt Avenue<br>Lincolnwood, IL 60712 |
| Ziyad Brothers Importing<br>5400 West 35th Street<br>Cicero, IL 60804 | | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| MOUNSEF INTERNATIONAL, INC., ) | |
| ) | Case No: 10-17513 |
| Debtor. ) | |
| ) | Judge: Hon. Carol A. Doyle |

**MOTION BY THE STATE COURT APPOINTED RECEIVER AND CUSTODIAN HEREIN, MOGLIA ADVISORS FOR EXAMINATION AND APPROVAL OF ITS FINAL REPORT AND ACCOUNTING; FOR APPROVAL OF COMPENSATION AND EXPENSE REIMBURSEMENT BY THE RECEIVER AND RECEIVER'S COUNSEL; FOR AUTHORITY TO MAKE FINAL DISTRIBUTION AND TURNOVER; AND FOR CONCLUSION OF THE RECEIVERSHIP AND DISCHARGE OF THE CUSTODIAN**

**NOW COMES** MOGLIA ADVISORS (herein "Moglia"), the State Court appointed Receiver and Custodian herein (alternately "Receiver" and "Custodian"), by and through counsel, Thomas E. Springer and Springer Brown Covey Gaertner & Davis, LLC, pursuant to 11 U.S.C. §§543 and 503(b)(3)(E) and Federal Rule of Bankruptcy Procedure ("FRBP") 6002, and in support of its Motion for Examination and Approval of its Final Report and Accounting; for Approval of Compensation and Expense Reimbursement by the Receiver and by Receiver's Counsel; for Authority to make Final Distributions and Turnover and for Conclusion of the Receivership and Discharge of the Custodian, respectfully submits to the Court as follows:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over the matter pursuant to 28 U.S.C. §1334 and Internal Operating Procedure 15(a) of the Northern District of Illinois.

2. This is a core proceeding under 28 U.S.C. §157(b)(2)(A), (E) and (O).

3. Venue is proper in this district pursuant to 28 U.S.C. §1408.

4. The Matter is brought under the duties, requirements and authority of the Custodian pursuant to sections 543 and 503(b)(3)(E) of the United States Bankruptcy Code (the "Code") and FRBP 6002.

## BACKGROUND AND REPORTING REQUIREMENTS BY THE CUSTODIAN

5. On March 11, 2010, the Circuit Court of Cook County, Illinois (herein "Circuit Court"), appointed Moglia as Receiver for the businesses known as Al-Khyam Bakery, Al-Khyam Grocery, Zennah Inc., Mounsef Real Estate Investments, LLC, Al Khaymeih Restaurant, and Mounsef International, Inc.

6. On March 19, 2010, the Circuit Court confirmed the appointment of Moglia as Receiver for the business entities referenced in paragraph 5 above including the Debtor herein.

7. On April 20, 2010, the Debtor, Mounsef International, Inc. (the "Debtor"), filed a voluntary petition pursuant to Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. 101 *et. seq.* George Mounsef is listed and disclosed as president and authorized party to the petition.

8. 11 U.S.C. §101(11) defines a State Court appointed Receiver who took pre-petition possession of the Debtor's assets as a Custodian under the United States Bankruptcy Code ("the Code"). *See also,* Matter of Cash Currency Exchange, Inc., 762 F.2d 542, 13 Bankr Ct. 262, (7th Cir. 1985).

9. Section 543 of the Code requires a Custodian appointed before the bankruptcy case was filed to, *inter alia,* report on and account for property, proceeds, receipts and distributions that were in the Receiver's possession, custody, control and administration as Receiver, and to deliver to the trustee (or Debtor in Possession) property of the debtor in possession, custody or control of the custodian on the date of the commencement of the bankruptcy case.

10. Upon a filing of the bankruptcy petition, FRBP 6002 requires the Custodian to file with the Court and transmit to the United States Trustee a report and account with respect to the property of the estate and the Receiver / Custodian's administration thereof.

11. The Report and Accounting as required by Section 543 and Rule 6002 by the State Court Appointed Receiver and Custodian herein was filed with this Court on May 18, 2010 and subsequently transmitted to the United States Trustee.[1] A supplemental Group Exhibit to the Report and Accounting containing the final ledger of authorized and unpaid invoices by the Receiver was filed with this Court on June 1, 2010.

### REQUEST FOR EXAMINATION AND APPROVAL OF FINAL REPORT AND ACCOUNT

12. Federal Rules of Bankruptcy Procedure 6002(b) provides:

"On the filing and transmittal of the report and account required by subdivision (a) of this rule and after an examination has been made into the superseded administration, after notice and a hearing, the court shall determine the propriety of the administration, including the reasonableness of all disbursements." FRBP 6002(b).

13. FRBP 6002(b) requires the Bankruptcy Court to review the custodian's administration and the reasonableness of all disbursements therein on Notice and a hearing. The examination under subdivision (b) may be initiated on the motion of the custodian required to account under subdivision (a) of Rule 6002 for an approval of its final account and discharge thereon.

14. The Receiver / Custodian herein respectfully requests examination and approval of its Final Report and Accounting which was filed with this Court on May 18, 2010, and

---

[1] An updated ledger of monies currently on deposit and held by the Receiver/Custodian is attached hereto as Exhibit "A" which reflects a balance of $142,229.40 for the Mounsef International, Inc. entities.

respectfully requests determination of conclusion of the Receivership and discharge as Custodian.

## REQUEST FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY RECEIVER / CUSTODIAN AND COUNSEL TO THE RECEIVER / CUSTODIAN

15. Section 543(c)(2) provides that this Court, after notice and a hearing, shall provide for payment of reasonable compensation for services rendered and costs and expenses incurred by such custodian. The Report and Account filed pursuant to §543(b)(2) and Rule 6002(a) also forms the basis for the custodian's application for compensation and reimbursement for costs and expenses under §§543(c)(2) and 503(b)(3)(E).

16. From the period March 11, 2010 to date, the Receiver expended a total of 449.80 professional hours in conducting and executing its duties through the administration of the Receivership of the entities operating under Mounsef International, Inc.[2] In addition, the Receiver has incurred necessary, actual and unreimbursed expenses in the total amount of $2,179.10 through the administration of the Receivership of the entities operating under Mounsef International, Inc. The Receiver's detailed time sheets are attached hereto as Exhibit "B". The Receiver's detailed list of incurred actual and unreimbursed costs and expenses is attached hereto as Exhibit "C".

17. A monthly summary of requested compensation and expenses by the Receiver for the Mounsef International, Inc., receivership is as follows:

---

[2] The Receivership administration has operated, reported and accounted the following entities under "Mounsef International, Inc": Mounsef International, Inc., Al-Khyam Bakery, and Al-Khyam Grocery.

|  | Prof. compensation | Expenses |
|---|---|---|
| March, 2010: | $27,647.50[3] | $687.45 |
| April, 2010 | $35,745.00 | $1,244.65 |
| May, 2010 | $4,945.00 | $72.00 |
| June, 2010 | $4,250.00 | $175.00 |
| **TOTAL REQUESTED** | **$72,587.50**[4] | **$2,179.10** |

18. The hourly rate of the Receiver is reasonable and competitive with the rates charged in this market by professionals with similar skills and experience. The Receiver has performed valuable, necessary and reasonable services in the faithful execution of its duties and respectfully requests approval of his requested compensation and expense reimbursement and authority for distribution accordingly.

### REQUEST FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY COUNSEL TO THE RECEIVER / CUSTODIAN

19. The Receiver authorized and undersigned counsel agreed to represent the Receiver on April 9, 2010. On April 26, 2010, the Receiver obtained confirmation and authority from the State Court for the retention and employment of undersigned counsel and his law firm.

20. From the period April 9, 2010 to date, Counsel expended a total of 41.1 professional hours in the representation of the Receiver/Custodian in the administration of his duties for the entities designated under Mounsef International, Inc. Counsel is only seeking compensation herein for the legal work performed on behalf of the Receiver / Custodian for the Mounsef International, Inc. entities. In addition, Receiver's counsel has incurred actual,

---

[3] The original total compensation and expense request amount for March 2010 tabulated for the Mounsef International, Inc., was adjusted and reduced at the request of the Receiver to $28,334.95 due to reallocation of receivership time between the receivership entities for that period.

[4] The Receiver is holding $12,500 in a separate retainer account established, authorized and approved by the State Court prior to the filing of this Chapter 11. Accordingly, as part of this request, the Receiver requests approval and authorization for release, disbursement and application of the retainer to this compensation request.

necessary and unreimbursed expenses in the total amount of $277.80 through representation of the Receiver / Custodian. Detailed time sheets and detailed list of incurred actual and unreimbursed costs and expenses are attached hereto as Exhibit "D".

21. The hourly rate of counsel to the Receiver / Custodian is reasonable and competitive with the rates charged in this market by professionals with similar skills and experience. Counsel to the Receiver / Custodian has performed valuable, necessary and reasonable services in representing the Receiver in the execution of its duties and respectfully requests approval of his requested compensation and expense reimbursement and authorization for distribution accordingly.

## AUTHORITY FOR DISBURSEMENT OF RECEIVER'S AUTHORIZED AND INCURRED UNPAID INVOICES

22. Section 543(c)(1) provides that the court, after notice and a hearing, shall protect all entities to which a custodian has become obligated with respect to such property or proceeds, product, offspring, rents, or profits of such property.

23. During the administration and execution of the Receiver's operations of the Mounsef International, Inc. entities, the Receiver authorized and incurred certain expenses for specific services and product ordered by the Receiver.

24. The above referenced services and products were provided and/or delivered to the Receiver and the Receiver took delivery of same as part of his ongoing operation of the Receivership totaling $7,330.14. (The updated/corrected ledger summary of the services and products is attached hereto as Exhibit "E". A full listing and ledger of all unpaid invoices was made part of the Receiver / Custodian's Final Report and Accounting as Group Exhibit "J", filed with the Court as an additional exhibit thereto on May 18, 2010.). The Receiver / Custodian is in receipt of the invoices for the above referenced services and products. No distribution has been made on the unpaid invoices due to the filing of this Chapter 11.

25. Pursuant to §543(c)(1) the Receiver / Custodian requests authority to make distributions and payment of the authorized but unpaid invoices referenced herein in the total amount of $7,330.14.

26. The Receiver / Custodian requests authority to distribute the remaining balance of those funds currently held by the Receiver / Custodian in the repositories for the Mounsef International, Inc. entities to be turned over to the Debtor in Possession herein.

27. Pursuant to FRBP 2002, the Receiver / Custodian respectfully requests this Court to reduce the Notice time between service of Notice of this Motion and hearing on same in order to allow hearing by the United States Bankruptcy Court prior to the continued status hearing on the State Court Receivership before the Circuit Court of Cook County, Illinois, County Department, Chancery Division before the Honorable Judge Kinnaird which is set for June 29, 2010. Resolution of this matter and conclusion and termination of the Receivership before the Bankruptcy Court will assist in status determination by the State Court. Accordingly, Receiver/Custodian asks that notice of this motion be found to be appropriate and adequate to include date of filing and service to and including date of presentment to this Court.

WHEREFORE, Moglia Advisors, State Court appointed Receiver and Custodian herein respectfully requests this Court for: Examination and Approval of its Final Report and Accounting; for Approval and Disbursement of Compensation and Expense Reimbursement by the Receiver and by Receiver's Counsel; for Authority to make Final Distributions on authorized unpaid invoices; for turnover of the remaining balance of funds held in the Mounsef International, Inc. entities to the Debtor in Possession herein; for Conclusion of the Receivership and Discharge of the Custodian herein; for reduced notice of the motion, and for any such further relief as this Court deems just and equitable.

    Respectfully submitted,

    Moglia Advisors

    State Court Receiver and Custodian herein

    By:   /s/ Thomas E. Springer /s/

        One of his attorneys

Thomas E. Springer
SPRINGER BROWN COVEY GAERTNER & DAVIS, LLC
Wheaton Executive Center
400 South County Farm Road
Suite 330
Wheaton, Illinois 60187
630 510 000
tspringer@springerbrown.com